[No. 59201-7-I.  Division One.  May 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DONALD WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02399-1, Richard J. Thorpe, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 59304-8-I.  Division One.  May 27, 2008.]

KAREN R. STOKES, *Appellant*, v. ANESTHESIA ASSOCIATES OF MONROE, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-07538-8, Kenneth L. Cowsert, J., entered November 27, 2006. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Appelwick, JJ.

[No. 59675-6-I.  Division One.  May 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY LAMAR TYSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05555-8, Joan E. DuBuque, J., entered February 12, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 59707-8-I.  Division One.  May 27, 2008.]

A.C. WILDEN HOLDINGS, LLC, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-05824-1, Richard J. Thorpe, J., entered February 16, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.